money to an officer of the court. The plaintiff is such officer (*Townsend* v. *Oneonta, C. & R. S. R. Co.*, 88 App. Div. 208, 213), and the defendants-appellants may be punished for contempt. Plaintiff, as such receiver, brings this action against former directors and officers for an accounting by them for waste and diversion to themselves of the assets of the corporation. Section 15 of the Stock Corporation Law provides that every person receiving any property of a corporation under such circumstances as are here present shall be bound to account to its creditors, stockholders or other trustees. The defendants-appellants became trustees *ex maleficio* of the money received through their collusive suits. Under such circumstances they may be punished for contempt. (*Gildersleeve* v. *Lester*, 68 Hun, 535; *Schurre* v. *Borden, No. 1*, 242 App. Div. 802.) The claim of the plaintiff-respondent, as receiver, against defendants-appellants under the judgment in this action is not one upon an implied contract for money had and received within the exception of subdivision 4 of section 505 of the Civil Practice Act. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur. [See *ante*, p. 834.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN BERESFORD, Appellant.— Judgment of the County Court of Kings county convicting defendant of the crimes of kidnapping and robbery unanimously affirmed pursuant to provisions of section 542 of the Code of Criminal Procedure. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY FORTE, Appellant.— Judgment of the County Court of Kings county convicting defendant of the crimes of kidnapping and robbery unanimously affirmed pursuant to provisions of section 542 of the Code of Criminal Procedure. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD JOSEPH O'CONNOR, Appellant.— Judgment of the County Court of Queens county convicting the defendant of grand larceny in the first degree unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DEWEY SAVARESE, True Name EMANUEL SAVARESE, Appellant.— Judgment of the County Court of Kings county convicting defendant of the crimes of kidnapping and robbery unanimously affirmed pursuant to provisions of section 542 of the Code of Criminal Procedure. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TILIA S. WALTMAN, Respondent, v. SAMUEL WALTMAN, Appellant.— Order sustaining writ of habeas corpus and directing that petitioner have the care and control of a female child of the parties affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.

¿ MARGARET RANKIN, DOUGLAS RANKIN, CATHERINE HOGAN and MARION JEWHURST, Respondents, and THOMAS HOGAN, Plaintiff, v. LOUIS GRANAT, Appellant.— In an action brought by several plaintiffs to recover damages for their personal injuries, and by one of those plaintiffs for damages for loss of his wife's services, judgment in favor of plaintiffs against defendant and resettled order denying his motion to set aside verdicts and for a new trial affirmed, with costs. Appeal from original order dismissed. No opinion. Hagarty, Adel, Taylor and